IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

PAUL FERRA, SR.,

    Plaintiff,

v.

WINN DIXIE STORES, INC.,

    Defendant.

CIVIL ACTION NO.: 2:20-cv-45

## O R D E R

This matter is before the Court on Defendant's Motion to extend scheduling deadlines. Doc. 35. In this case, Defendant Winn Dixie brought a third-party claim against Applied Coating Solutions, LLC. Id. at 2 (citing Doc. 23). At a telephonic status conference between Defendant Winn Dixie and Plaintiff, the parties agreed to a single schedule for both the underlying case and Third-Party Complaint, which would be issued once Third-Party Defendant Applied Coating Solutions appeared. Id. However, Third-Party Defendant Applied Coating Solutions has failed to appear, and Defendant Winn-Dixie has moved for default judgment. Id.; Docs. 34, 36.

Defendant Winn Dixie now asks the Court to extend the deadlines for civil motions and for depositions for use at trial in this case. Id. at 3. Upon review and for good cause shown, the Court **GRANTS** Defendant's Motion and enters the following new deadlines.

| EVENT | DEADLINE |
|---|---|
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | July 22, 2021 |
| Depositions of All Witnesses Taken for Use at Trial | August 23, 2021 |

All other deadlines and instructions in the Court's July 23, 2020, December 2, 2020, and March 19, 2021 Orders remain in full force and effect. Docs. 7, 17, 22. The parties' pre-trial conference scheduled for August 6, 2021, is cancelled. The parties' pre-trial conference and trial will be re-scheduled by further Order of the Court.

**SO ORDERED**, this 6th day of July, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA